IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

BRENDA MARCELL OWEN,

    Plaintiff,

  v.

CDPU and STATE OF WISCONSIN,

    Defendants.

Case No. 21-cv-628-wmc

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case without prejudice.

| /s/ | February 16, 2022 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |